IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD HYUNG-RAE TARSELLI, | : | Case No. 4:13-CV-0939 |
| | : | |
| Petitioner | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| LOUIS FOLINO, | : | (Magistrate Judge Carlson) |
| PA ATTORNEY GENERAL, | : | |
| | : | |
| Respondents. | : | |

## ORDER

And now, therefore, this 3rd day of August 2016, IT IS HEREBY ORDERED THAT the Report and Recommendation of Chief Magistrate Judge Martin C. Carlson is ADOPTED. ECF No. 22. Despite counsel's objections to the administrative closing of this case, Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is DISMISSED WITHOUT PREJUDICE with leave to re-file after exhaustion of state remedies. No certificate of appealability will issue. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge